UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN M. HOBBY, JR.,

    Plaintiff,

                                         Case No. 1:06-cv-617

v

                                         Hon. Wendell A. Miles

STATE OF MICHIGAN,

    Defendant.
_____/

## JUDGMENT APPROVING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    On October 3, 2006, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that plaintiff John M. Hobby, Jr.'s complaint be dismissed for failure to state a claim. Plaintiff has filed objections to the R & R (docket no. 5). The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the plaintiff's objections, agrees with the reasoning and recommended disposition contained in the R & R.

    The court therefore approves and adopts the R & R as the decision of the court.

    Entered this 31st day of October, 2006.


                                                                    /s/ Wendell A. Miles
                                                                   Wendell A. Miles
                                                                   Senior U.S. District Judge